(No. 749—Claimant awarded $3,502.50.)

CHANNEL CHEMICAL COMPANY, A CORPORATION (Changed to) O'CEDAR CORP'N, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of certain portion of franchise tax erroneously paid by above named claimant to the Secretary of State of the State of Illinois, for the year ending June 30, 1921, total excess tax paid amounting to $3502.50.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of social justice and equity, we award above named claimant the sum of $3502.50.

---

(No. 750—Claimant awarded $6,043.35.)

SPOEHR'S, A CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by claimant, the total amount paid in excess of tax due being $6043.35.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $6043.35.